[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Case No. 11-14268
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00358-DHB-WLB-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCO GARY DUNN,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(August 24, 2012)

Before BARKETT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Kipler S. Lamar, appointed counsel for appellant Marco Gary Dunn, has

moved to withdraw from further representation of Dunn and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of this appeal is correct.  Because our examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Dunn's conviction and sentence are **AFFIRMED**.